KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7124
  FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZAIFALLA ALI ELTABELIA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security (DHS); EMILIO T. GONZALEZ, Director; United States Citizenship and Immigration Services, DONALD NEUFLED, California Service Center Acting Director; DAVID STILL, United States Citizenship and Immigration Services, San Francisco District Director,<br><br>  Defendants. | No. C 06-2625 SI<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER and [PROPOSED] ORDER** |

   Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a forty-five day extension of time within which the Defendants must serve its answer in the above-entitled action. The extension is required because the parties are considering a possible resolution of the case.

   On June 13, 2006, I spoke with Plaintiff's attorney by telephone, and he stated that he does not object to a 45-day extension for Defendants' answer.

Stip to Ext Time
C 06-2625 SI

1 | Defendants respectfully request that the Court extend the due date for the answer until August
2 | 7, 2006.

3 | Dated: June 15, 2006            Respectfully submitted,

                              KEVIN V. RYAN
                              United States Attorney

                              /s/
                              ILA C. DEISS
                              Assistant United States Attorney
                              Attorney for Defendants

10 | Dated: June 15, 2006           /s/
                              HAITHAM E. BALLOUT
                              Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
                              SUSAN ILLSTON
                              United States District Judge

Stip to Ext Time
C 06-2625 SI