```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ZAIFALLA ALI ELTABELIA,                )<br>                                                             )<br>                      Plaintiff,             )<br>                                                             )<br>           v.                                            )<br>                                                             )<br>MICHAEL CHERTOFF, Secretary of the )<br>Department of Homeland Security (DHS); )<br>EMILIO T. GONZALEZ, Director; United )<br>States Citizenship and Immigration Services, )<br>DONALD NEUFLED, California Service Center )<br>Acting Director; DAVID STILL, United States )<br>Citizenship and Immigration Services, San )<br>Francisco District Director,                   )<br>                                                             )<br>                      Defendants.         )<br>_____) | No. C 06-2625 SI<br><br>**STIPULATION TO EXTEND DATES;**<br>**and [PROPOSED] ORDER** |

   Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

   1. Plaintiff filed this action on or about April 19, 2006, and Defendants' Answer is due on August 7, 2006.

   2. Pursuant to this Court's April 19, 2006 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on July 14, 2006, and attend a case management conference on July 21, 2006.

Stip to Ext Time
C 06-2625 SI

3. Accordingly, in order to allow sufficient time for USCIS to answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file Joint ADR Certification     August 4, 2006

Last day to file/serve Joint Case Management Statement:     August 18, 2006

Case Management Conference:     ~~August 25, 2006~~ at 2:00 p.m.
September 1, 2006

Dated: June 29, 2006     Respectfully ~~submitted,~~

KEVIN V. RYAN
United States Attorney

                                        /s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: June 29, 2006                       /s/
HAITHAM E. BALLOUT
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date                                             /s/
SUSAN ILLSTON
United States District Judge

Stip to Ext Time
C 06-2625 SI