KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZAIFALLA ALI ELTABELIA,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security (DHS); EMILIO T. GONZALEZ, Director; United States Citizenship and Immigration Services, DONALD NEUFLED, California Service Center Acting Director; DAVID STILL, United States Citizenship and Immigration Services, San Francisco District Director,<br><br>           Defendants. | No. C 06-2625 SI<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action without prejudice to renewal if Defendants have not adjudicated Plaintiff's application for naturalization within 21 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

Stip to Dismiss
C 06-2625 SI

1  | Dated: August 4, 2006 | Respectfully submitted,
2  | | KEVIN V. RYAN
3  | | United States Attorney

5  | | /s/
   | | ILA C. DEISS
   | | Assistant United States Attorney
6  | | Attorney for Defendants

8  | Dated: August 4, 2006 | /s/
   | | HAITHAM E. BALLOUT
9  | | Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
SUSAN ILLSTON
United States District Judge

Stip to Dismiss
C 06-2625 SI